**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000338**
**05-OCT-2017**
**10:07 AM**

NO. CAAP-17-0000338

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


TAKAO UNO, Plaintiff-Appellee,
v.
DONATO LOPERFIDO, Defendant-Appellant,
and
JOHN DOES 1-50; JANE DOES 1-50; DOE CORPORATIONS 1-50;
DOE PARTNERSHIPS 1-50; DOE ENTITIES 1-50, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-1263)


ORDER GRANTING AUGUST 16, 2017 MOTION TO DISMISS
(By: Nakamura, Chief Judge, Fujise and Chan, JJ.)

Upon consideration of the Motion to Dismiss, filed on

August 16, 2017 by Defendant-Appellant Donato Loperfido

(Appellant), the Memorandum in Opposition, filed on August 23,

2017 by Plaintiff-Appellee Takao Uno, and the files herein,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, October 5, 2017.

Chief Judge

Associate Judge

Associate Judge